## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SEASONS USA, INC. and SEASONS (HK) LTD., | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00400-JRG-RSP |
| L.T.D. COMMODITIES LLC d/b/a THE LAKESIDE COLLECTION, | § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is the Motion to Dismiss (the "Motion") filed by Plaintiffs Seasons USA, Inc. and Seasons (HK) Ltd. ("Plaintiffs"). (Dkt. No. 24.) In the Motion, Plaintiffs acknowledge that L.T.D. Commodities LLC d/b/a The Lakeside Collection ("Defendant") has initiated bankruptcy proceedings and requests dismissal of the above-captioned action without prejudice, reserving the right to pursue their claims in the Bankruptcy Court. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims that have been asserted by Plaintiffs against Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 17th day of May, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE